# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Kent A | 3d Circuit | 05/14/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 844 King Street <br> Lock Box 10 <br> Wilmington, DE 19801 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Immediate Past President | Richard S. Rodney Inn of Court |
| 2. | Advisory Board Member | Georgetown University E-Discovery Institute |
| 3. | Member of National Advisory Council | American Judicature Society |
| 4. | Board Member | Ministry of Caring |
| 5. | Board Member | Sacred Heart Village |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 19 A 9:45 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/2007 | Vanderbilt University - teaching | $ 6,000 |
| 2. 09/2007 | University of Pennsylvania School of Law | $ 10,000 |
| 3. 09/2007 | Vanderbilt University - teaching | $ 2,000 |
| 4. 1/2007 | Widener School of Law | $ 7,000 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University | 2/16-23/07 | Nashville, TN | teaching | food, lodging, and transportation |
| 2. | Waseda University/University of Pennsylvania School of Law | 3/1-7/07 | Waseda, Japan | Speaker at IP Seminar | food, lodging and transportation |
| 3. | Pennsylvania Bar Institute | 4/17/07 | Philadelphia, PA | Speaker at seminar | food and transportation |
| 4. | Defense Research Institute | 4/19/07 | Washington, DC | Speaker at seminar | food, lodging and transportation |
| 5. | Continuing Legal Education in Colorado, | 5/23-24/07 | Denver, CO | Speaker at seminar | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jordan, Kent A | 05/14/2008 |

Inc.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | AIPLA | 6/8/07 | Washington, DC | Speaker | food, lodging and transportation |
| 7. | Federal Circuit Bar Assn. | 6/29-30/07 | Cambridge, MD | Bench and Bar | food, lodging and transportation |
| 8. | Vanderbilt University | 9/8-14/07 | Nashville, TN | teach | food, lodging and transportation |
| 9. | Georgetown University | 11/14-16/07 | Washington, DC | Speaker at seminar | food, lodging and transportation |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  Rodney Inn of Courts | First ed. book - "The Backwoods Boy - or How a Young Railsplitter Became President" | $ 320 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rydex Nova Investors Trust | | None | | | part sale | 3/6 | J | | |
| 2. | | | | | sale | 3/9 | J | | |
| 3. | | | | | buy | 10/15 | K | | |
| 4. | | | | | part sale | 11/6 | J | | |
| 5. | | | | | sell | 11/9 | J | | |
| 6. Mutual Shares Class A | A | Dividend | | | part sale | 11/21 | K | B | |
| 7. | | | | | sell | 12/19 | J | A | |
| 8. Schwab Hedged Equity Fund | | None | | | part. sell | 2/8 | J | A | |
| 9. | | | | | part. sale | 8/10 | K | | |
| 10. | | | | | sell | 8/13 | K | | |
| 11. DireXion OTC Plus | | None | | | buy | 1/16 | J | | |
| 12. | | | | | part. sell | 2/28 | J | A | |
| 13. | | | | | sell | 3/6 | K | | |
| 14. Direxion Developed Mkts Bull 2.0X Inv. | | None | | | sell | 2/28 | K | B | |
| 15. Rydex Large Cap Value | | None | | | part. sale | 7/26 | J | | |
| 16. | | | | | sell | 7/30 | K | | |
| 17. Rydex Large Cap Growth | A | Dividend | K | T | buy | 9/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | buy | 9/20 | J | | |
| 19. | | | | | part sale | 11/21 | J | | |
| 20. | | | | | buy | 11/28 | J | | |
| 21. | | | | | buy | 12/31 | J | | |
| 22. Gateway Index Plus Fund | | None | | | sell | 1/16 | K | A | |
| 23. Schwab Premier Equity Fund Select Shares | A | Dividend | J | T | part sale | 7/27 | J | | |
| 24. | | | | | part sale | 8/13 | J | | |
| 25. | | | | | buy | 12/20 | J | | |
| 26. Schwab U.S. Treasury Money Fund | B | Dividend | M | T | | | | | see note in Part VIII |
| 27. MSCI EAFE Index | | None | | | buy | 2/12 | K | | |
| 28. | | | | | sell | 3/12 | K | | |
| 29. ProFunds UltraShort Emerging Mkt | | None | | | buy | 3/29 | J | | |
| 30. | | | | | sell | 4/17 | J | | |
| 31. | | | | | buy | 8/16 | J | | |
| 32. | | | | | sell | 9/19 | J | | |
| 33. ProFund Industrial Ultra Sector | | None | | | buy | 5/23 | J | | |
| 34. | | | | | buy | 6/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | buy | 10/9 | J | | |
| 36. | | | | | part sale | 11/14 | J | | |
| 37. | | | | | part sell | 11/20 | J | | |
| 38. | | | | | sell | 11/23 | J | | |
| 39.   Rydex Inverse Russell 2000 | | None | | | buy | 7/19 | J | | |
| 40. | | | | | buy | 7/23 | J | | |
| 41. | | | | | sell | 10/3 | K | | |
| 42.   Rydex Inverse Mid Cap Strategy H | A | Dividend | | | buy | 10/22 | K | | |
| 43. | | | | | buy | 11/13 | J | | |
| 44. | | | | | part sale | 11/29 | J | | |
| 45. | | | | | buy | 12/6 | J | | |
| 46. | | | | | sell | 12/10 | K | | |
| 47.   Rydex Electronics | | None | | | buy | 9/25 | J | | |
| 48. | | | | | buy | 9/26 | J | | |
| 49. | | | | | part sale | 11/13 | J | | |
| 50. | | | | | sell | 11/15 | J | | |
| 51.   Access Flex Bear HY Inv | | None | | | buy | 7/30 | J | | |

1. Income Gain Codes.      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)         U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | buy | 8/13 | J | | |
| 53. | | | | | part sale | 8/27 | J | | |
| 54. | | | | | sell | 9/24 | J | | |
| 55. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 56. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 57. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 58. ING Direct (CD) (Y) | | None | | | closed | 9/9 | J | A | |
| 59. ING Direct (Money Market Accts) | A | Interest | J | T | | | | | |
| 60. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 61. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 62. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The Schwab U.S. Treasury Money Fund listed in Part VII, Line 12 was formerly known as the Schwab Preimier Money Sweep Shares.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544